# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT GORDON,

    Plaintiff,

        v.

KARTRI SALES CO., INC.,

    Defendant.

NO. 3:17-CV-00320

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 1st day of March, 2018, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 25) is **REJECTED**.

(2) Defendant's Motion to Strike Reply (Doc. 29) is **GRANTED**.

(3) The matter is recommitted to the Magistrate Judge for further consideration.

(4) The Motion to Reinstate Action (Doc. 31) filed by Greater Forest City Industries, Inc. on February 16, 2018, is also committed to the Magistrate Judge.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge