Robert Gordon, Plaintiff
117 Lake St.
Liberty, New York 12754

March 9, 2018
(Via U.S. Mail)

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

      RE:    Robert Gordon, et al. v. Kartri Sales Co., Inc., et al.
              Civil Action No. 3:17-CV-320

Dear Judge Mehalchick,

      Robert Gordon Plaintiff, pro se and defendant Greater Forest City Industries represented by Attorney Patrick Boland, have resumed settlement talks. There remains very little to settle, other than a few words of agreement. The important basic parts of the settlement are complete and part of the court record.

Very Truly Yours,

*Robert Gordon*

Robert Gordon, Plaintiff

By inclusion, the below named individuals have been served upon by mail:

Cc:    Patrick J. Boland III Esq.
        PO Box 3118
        Scranton PA18505-3118

Cc:    Ryan P. Campbell, Esq.
        Howard Rothberg & Associates
        345 Wyoming Avenue
        Suite 210
        Scranton, PA 18503

FILED
SCRANTON

MAR 13 2018

PER _____
DEPUTY CLERK