IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GORDON, <br>    Plaintiff, <br> v. <br> KARTRI SALES CO., INC., <br>    Defendant. | NO. 3:17-CV-00320 <br><br> (JUDGE CAPUTO) <br><br> (MAGISTRATE JUDGE MEHALCHICK) |

## ORDER

**NOW**, this 6th day of December, 2018, upon review of the Report and Recommendation (Doc. 50) of Magistrate Judge Karoline Mehalchick for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 50) is **ADOPTED**.

(2) Defendant's Motion to Dismiss and Strike Portions of Plaintiff's Amended Complaint (Doc. 44) is **DENIED as moot in part and DENIED in part**.

(3) The Motion to Dismiss Count II is **DENIED as moot**.

(4) The Motion to Strike Portions of the Amended Complaint is **DENIED**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge